JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MAX LEAL, et al.,**<br><br>Defendants. | Case No. CV 20-02261 WDK (JCx)<br><br>**JUDGMENT** |

The Application of G & G Closed Circuit Events, LLC for the entry of Default Judgment as to defendants Max Leal, individually and d/b/a La Parrilla Mission Taqueria, Arturo Cesar Leal, individually and d/b/a La Parrilla Mission Taqueria, and La Parrilla Mission Flame Grill Taqueria, Inc., an unknown business entity d/b/a La Parrilla Mission Taqueria, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff G & G Closed Circuit Events, LLC against defendants Max Leal, individually and d/b/a La Parrilla Mission Taqueria, Arturo Cesar Leal, individually and d/b/a La Parrilla Mission Taqueria, and La Parrilla Mission Flame Grill Taqueria, Inc., an unknown

business entity d/b/a La Parrilla Mission Taqueria, as follows:

(a) defendants Max Leal, individually and d/b/a La Parrilla Mission Taqueria, Arturo Cesar Leal, individually and d/b/a La Parrilla Mission Taqueria, and La Parrilla Mission Flame Grill Taqueria, Inc., an unknown business entity d/b/a La Parrilla Mission Taqueria, shall pay the plaintiff, G & G Closed Circuit Events, LLC, $2,800.00 in total damages. The plaintiff may submit its motion for costs and reasonable attorneys' fees within fourteen (14) days pursuant to C.D.Cal. Local Rules 55-3 and 54-7.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants, or the pro se defendants in this matter.

Dated: January 7, 2025

_____
William Keller
United States District Judge